```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05597
   RICARDO M GARCIA
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-3718


---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/10/08 and confirmed on 06/06/08.

    2.  The case was dismissed after confirmation, 10/24/2008.

    3.  The Debtor paid a total of $    7500.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG         .00          .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE   23057.98           .00            .00
EASTERN SAVINGS BANK       CURRENT MORTG         .00          .00            .00
EASTERN SAVINGS BANK       MORTGAGE ARRE         .00          .00            .00
ARMOR SYSTEMS              UNSECURED       NOT FILED         .00            .00
CAVALRY SPV II LLC         UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED         .00            .00
CERTIFIED SERVICES INC     UNSECURED       NOT FILED         .00            .00
NICS                       UNSECURED       NOT FILED         .00            .00
PEOPLES ENERGY             UNSECURED       NOT FILED         .00            .00
PEOPLES GAS                UNSECURED       NOT FILED         .00            .00
UNIFUND CORP OH            UNSECURED       NOT FILED         .00            .00
THOMAS R HITCHCOCK         REIMBURSEMENT      64.50          .00          64.50
         Summary of disbursements:
---------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED  23057.98      64.50         .00       .00     23122.48
PRINCIPAL PAID          .00       64.50         .00       .00        64.50
INTEREST PAID           .00         .00         .00       .00          .00
TOTAL PAID              .00       64.50         .00       .00        64.50
The Debtor's attorney, THOMAS R HITCHCOCK          , was allowed $   3500.00
and was paid $    2102.10 .

The Trustee received $    133.40 .

Refunds to the Debtor totaled $    5200.00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/14/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```